AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>(1) BEHZAD MOHAMMADZADEH, a/k/a "Mrb3hz4d,"<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No.   20-cr-10182 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BEHZAD MOHAMMADZADEH, a/k/a "Mrb3hz4d",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count One: Conspiracy to Commit Intentional Damage to a Protected Computer (18 U.S.C. § 371), between on or about December 26, 2019 and March 4, 2020

Count Two: Intentional Damage to a Protected Computer (18 U.S.C. § 1030(a)(5)(A)), no later than on or about September 4, 2018, and continuing until at least the date of this Indictment

Date: 09/03/2020

*Issuing officer's signature*

City and state:   Boston, Massachusetts

Jennifer C. Boal, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*